# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBIN BOONE, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PEPSICO, INC. and THE QUAKER OATS COMPANY, INC.,<br><br>　　　　Defendants | Case No. 4:22-cv-00108 AGF |

## STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through their respective attorneys, and pursuant to Rule 41(a)(1), Fed.R.Civ.P., hereby stipulate and agree that Plaintiff's claims against Defendants, may and shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| **GOFFSTEIN LAW, LLC** | **ORLOWSKY LAW, LLC** |
| /s/Adam M. Goffstein | /s/Daniel J. Orlowsky |
| Adam M. Goffstein, #MO45611 | Daniel J. Orlowsky, #57387 |
| 7777 Bonhomme Avenue, Suite 1910 | 7777 Bonhomme Avenue, Suite 1910 |
| Clayton, Missouri  63105 | Clayton, Missouri  63105 |
| Phone:  (314) 725-5151 | Phone:  (314) 725-5151 |
| Facsimile:  (314) 725-5161 | Facsimile (314) 725-5161 |
| Adam@goffsteinlaw.com | Dan@orlowskylaw.com |
| Attorney for Plaintiff | Attorney for Plaintiff |

**WEIL, GOTSHAL & MANGES LLP**

By: /s/Arianna M. Scavetti
Andrew S. Tulumello (*pro hac vice*)
Arianna M. Scavetti (*pro hac vice*)
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
drew.tulumello@weil.com
arianna.scavetti@weil.com

Beth A. Bauer
**HEPLERBROOM LLC**
130 N. Main Street
PO Box 510
Edwardsville, IL 62025
Telephone: (618) 656-0184
Facsimile: (618) 656-1364
bab@heplerbroom.com

*Attorneys for Defendants PepsiCo, Inc. and The Quaker Oats Company, Inc.*